No. 81. KWIKSET LOCKS, INC. *v.* HILLGREN. C. A. 9th Cir. Certiorari denied. *Fred H. Miller* for petitioner. *Hamer H. Jamieson* for respondent.

No. 174. PILLO *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *C. Zachary Seltzer* for petitioner. *Grover C. Richman, Jr.*, Attorney General of New Jersey, and *Joseph A. Murphy*, Assistant Deputy Attorney General, for respondent.

No. 277. FIREMAN'S FUND INDEMNITY CO. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *William Fisher* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States.

No. 278. BORN *v.* LAUBE, ADMINISTRATOR, ET AL. C. A. 9th Cir. Certiorari denied. *Bailey E. Bell* for petitioner.

No. 279. SAWYER *v.* WISCONSIN. Supreme Court of Wisconsin. Certiorari denied. *Alfons B. Landa, Arthur D. Condon, Delmar W. Holloman* and *Warren E. Magee* for petitioner. *Vernon W. Thomson*, Attorney General of Wisconsin, and *William J. McCauley* for respondent.

No. 280. WELLS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John O. Collins* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *I. Henry Kutz* for the United States.